IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIN RACHELLE FRAGUA,

        Petitioner,

        v.

COLETTE S. PETERS, Director,
Oregon Department of Corrections,

        Respondent.

Case No. 3:19-cv-01283-JR

ORDER

RUSSO, Magistrate Judge.

    IT IS ORDERED that petitioner's Unopposed Motion for Voluntary Dismissal (ECF No. 25) is GRANTED and this case is DISMISSED.

    IT IS SO ORDERED.

    DATED this  28  day of September, 2020.

                      Jolie A. Russo
                      United States Magistrate Judge

1 - ORDER